UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| DARYL GRIFFIN, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:07-CV-441 RM |
| | ) | |
| WILLIAM K. WILSON. | ) | |
| | ) | |
| Respondent | ) | |

OPINION AND ORDER

Daryl Griffin, a *pro se* prisoner, filed this habeas corpus petition attempting to challenge his 90-day loss of recreational privileges, and his one year placement in disciplinary segregation imposed by the Westville Disciplinary Hearing Board ("DHB"). A prison disciplinary action can be challenged in a habeas corpus proceeding only when it lengthens the duration of confinement. Hadley v. Holmes, 341 F.3d 661, 664 (7th Cir. 2003). Neither the loss of his recreational privileges, nor his placement in segregation lengthened the duration of Griffin's confinement; therefore these claims are not actionable in a habeas corpus proceeding.

> If it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court, the judge must dismiss the petition and direct the clerk to notify the petitioner.

SECTION 2254 HABEAS CORPUS RULE 4.

This petition does not present any basis for habeas corpus relief, and must be denied. For the foregoing reasons, this habeas corpus petition is DENIED.

SO ORDERED.

ENTERED: October  18 , 2007

                                                    /s/ Robert L. Miller, Jr.
                                            Chief Judge
                                            United State District Court